NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant
FRANK RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00310-AWI |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| FRANK RODRIGUEZ, | |
| Defendant. | |

    Defendant, FRANK RODRIGUEZ, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, LAUREL J. MONTOYA, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, November 10, 2014, at 10:00 a.m. be continued to Monday, December 15, 2014 at 10:00 a.m. in the courtroom for the Honorable Anthony W. Ishii, District Judge.

**IT IS SO STIPULATED**

                                                      Respectfully submitted,

Dated: October 30, 2014                     /s/ Nicholas F. Reyes
                                                       NICHOLAS F. REYES
                                                       Attorney for Defendant

**IT IS SO STIPULATED**

Dated: October 30, 2014   /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   October 30, 2014

SENIOR  DISTRICT  JUDGE

2